# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : | No. 49 MAL 2015 |
| : | |
| Respondent : | Petition for Allowance of Appeal from the |
| : | Order of the Superior Court |
| : | |
| v. : | |
| : | |
| : | |
| : | |
| CORY JAMES TUCKER, : | |
| : | |
| Petitioner : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.